IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAGBEME ARMAND AHIMAKIN<br>Defendant. | Case No. 1:25-MJ-547 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brandon Engle, being duly sworn, depose and state as follows:

1. I am a United States Customs and Border Control (U.S. CBP) Officer, and I am currently assigned to Dulles International Airport, located in the Eastern District of Virginia. I have been an Officer with the U.S. CBP since August 28, 2023. As a CBP Officer, I am authorized to investigate violations of the laws of the United States, specifically immigration and customs violations. I am specifically assigned to the Admissibility Enforcement Unit (AEU), which enforces immigration laws coming into the United States border. As a CBP Officer, I have investigated and assisted in the investigation of violations of federal law including immigration scams involving fraud.

2. This affidavit is submitted in support of a criminal complaint for DAGBEME ARMAND AHIMAKIN (hereafter referred to as AHIMAKIN), based on his violation of 18 U.S.C. § 1546(a). As relevant here, that provision subjects to criminal punishment a person who uses, attempts to use, possesses, obtains, or accepts any document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States knowing it to have

been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained.

3. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

4. AHIMAKIN is a citizen of Benin. AHIMAKIN is not a United States citizen or Lawful Permanent Resident (LPR) of the United States.

5. Customs and Border Protection records indicate that AHIMAKIN first entered the United States on or about August 24, 2019. According to AHIMAKIN, he entered the country on an F1 visa to study in Minnesota. AHIMAKIN eventually moved to North Carolina.

6. On October 15, 2024, AHIMAKIN filed a Form I-360 (Petition for Amerasian, Widower, or Special Immigrant) to United States Citizenship and Immigration Services (USCIS). AHIMAKIN's I-360 petition claims that he is the victim of spousal abuse under the Violence Against Women Act (VAWA). Filing the I-360 enabled him to obtain an I-766 Employment Authorization Document, which allows certain foreign nationals to temporarily leave and re-enter the United States without abandoning their pending immigration applications.

7. AHIMAKIN left the United States on July 28, 2025.

8. On September 6, 2025, at approximately 6:50 P.M., AHIMAKIN arrived at Washington Dulles International Airport aboard Ethiopian Airlines Flight 516 from Lome, Togo. Washington Dulles International Airport is located within the Eastern District of Virginia.

9. To gain entry to the United States, AHIMAKIN presented his Benin passport and his I-766 Employment Authorization Document. AHIMAKIN's ability to obtain the I-766 Employment Authorization Document was based on statements alleging spousal abuse made in his I-360 petition.

10. AHIMAKIN was traveling alone and was referred to CBP secondary for further inspection because of the I-766 documentation he presented.

11. AHIMAKIN was interviewed about his applications and petitions for status in the United States. When asked about the relationship between AHIMAKIN and his alleged abuser, he stated that he was abused by his wife Veronica Hatth (HATTH) during the preliminary interview.

12. Upon further questioning, I found AHIMAKIN's initial method of entry in the United States via an F1 visa, his timeline in the United States, and the facts surrounding his I-360 abuse claim to be suspicious.

13. I placed AHIMAKIN under oath. AHIMAKIN admitted that he paid a facilitator in North Carolina to help him obtain an I-551 (popularly known as a "green card"). AHIMAKIN stated that the facilitator connected AHIMAKIN with his wife, HATTH. AHIMAKIN stated that he met HATTH in a hotel room in North Carolina, where they agreed that AHIMAKIN would pay HATTH $2,000 U.S. dollars in exchange for a marriage, which would facilitate AHIMAKON's acquisition of the I-551 green card.

14. Furthermore, AHIMAKIN admitted that he provided false statements in his I-360 application. Specifically, AHIMAKIN admitted that there was no legitimate basis for his petition under the Violence Against Women Act because he had not been abused. Therefore, the I-766 Employment Authorization Document that AHIMAKIN presented to CBP upon his attempted

entry into the United States on September 6, 2025, was also false, because it was issued based on the statements AHIMAKIN made in his I-360.

## CONCLUSION

15. Based on the foregoing, I submit that there is probable cause to believe that, on or about September 6, 2025, at Dulles International Airport, within the Eastern District of Virginia, DAGBEME ARMAND AHIMAKIN knowingly used, attempted to use, possessed, obtained, or accepted a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States knowing it to have been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained, in violation of 18 U.S.C. § 1546(a).

Respectfully submitted,

Brandon Engle
Enforcement Officer
U.S. Customs and Border Control

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 8, 2025.

The Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia